UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAE PROPERTIES, INC., <br> Plaintiff, <br> v. <br> AMTAX HOLDINGS 2001-XX, LLC, <br> Defendants. | Case No.: 19CV2075-JAH-LL <br><br> **ORDER GRANTING JOINT MOTION FOR PROTECTIVE ORDER WITH MODIFICATIONS** <br><br> **[ECF No. 26]** |

On January 7, 2020, the Parties filed a joint motion requesting that the Court enter the Parties' Protective Order. ECF No. 26. The Court has considered the Stipulated Protective Order, and, for good cause shown, the joint motion is **GRANTED** with the following modification:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1. Paragraph 26 should read: "The Court may modify the protective order in the interests of justice or for public policy reasons."

**IT IS SO ORDERED.**

Dated: January 14, 2020

_____
Honorable Linda Lopez
United States Magistrate Judge