UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAE PROPERTIES INC., a California corporation,<br><br>                      Plaintiff,<br><br>v.<br><br>AMTAX HOLDINGS 2001-XX, LLC, an Ohio limited liability company, a California corporation,<br><br>                      Defendant. | Case No.: 19cv2075-JAH (LL)<br><br>**ORDER VACATING HEARING** |
| AMTAX HOLDINGS 2001-XX, LLC, an Ohio limited liability company,<br><br>                      Counter-Plaintiff,<br><br>v.<br><br>JAE PROPERTIES INC., a California corporation,<br><br>                      Counter-Defendant. | |

//
//
//
//

After a careful review of the parties' submissions, the Court deems Plaintiff's Motion for Expedited Hearing Pursuant to Rule 57, (doc. no. 23), suitable for adjudication without oral argument. *See* CivLR 7.1 (d.1). The motions are fully briefed. Doc. Nos. 25, 27. Accordingly, IT IS HEREBY ORDERED the motion is taken under submission without oral argument and the hearing set for January 27, 2020, at 2:30 p.m. is **VACATED**. The Court will issue an order in due course.

**IT IS SO ORDERED.**

DATED: January 17, 2020

_____
JOHN A. HOUSTON
United States District Judge