UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAE PROPERTIES, INC., a California corporation,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>AMTAX HOLDINGS 2001-XX, LLC, an Ohio limited liability company,<br><br>　　　　　　　　　　　　　Defendant. | Case No.: 19cv2075-JAH-LL<br><br>**ORDER DENYING JOINT MOTION FOR SHORT CONTINUANCE OF FACT DISCOVERY DEADLINE**<br><br>**[ECF No. 31]** |

On March 5, 2020, the parties filed a joint motion asking the Court to grant a short continuance of the April 16, 2020 fact discovery deadline to permit Defendant to file a discovery-related motion, if necessary, on or after March 25, 2020. ECF No. 31. The parties also seem to alternatively ask the Court to allow Defendant to file a discovery-related motion on March 25, 2020 or later, and allow any such motion to be heard on or before April 30, 2020, notwithstanding the April 16, 2020 fact discovery deadline. Id. at 3–4. The parties state that an unforeseen event outside of the parties' control has delayed the production of certain supplemental documents and a privilege log by Plaintiff. See id. at 2–3. Because the parties are uncertain when the production will be made, they state that the inability of Plaintiff to complete its production could "interfere with [Defendant's]

ability to have a regularly-noticed discovery motion heard on or before the April 16, 2020 fact discovery deadline." Id. at 3.

The Court fails to find good cause to grant the joint motion to extend fact discovery or to allow the filing of a discovery motion on March 25, 2020 or later because it is premature. Although discovery motions must be timely as stated in the Civil Chambers Rules of the undersigned magistrate judge, sometimes a timely motion will occur after fact discovery has ended.[1] Such an occurrence will be determined on a case-by-case basis and pursuant to the Civil Chambers Rules. Accordingly, the Court **DENIES** the joint motion as premature.

**IT IS SO ORDERED**.

Dated: March 12, 2020

Honorable Linda Lopez
United States Magistrate Judge

---

[1] Civil Chambers Rules states the following:
> **Discovery motions must be timely.** Any motion related to discovery disputes must be filed no later than thirty (30) days after the date upon which the event giving rise to the dispute occurred. For oral discovery, the event giving rise to the dispute is the completion of the transcript of the relevant portion of the deposition. For written discovery, the event giving rise to the discovery dispute is the date of service of the response, or the passage of a discovery due date without response or production, **not** the date on which counsel reach an impasse in meet and confer efforts.

Civil Chambers Rules of the Honorable Linda Lopez, Section V.C.