UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAE PROPERTIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMTAX HOLDINGS 2001-XX, LLC, <br><br> Defendant. | Case No.: 19cv2075-JAH-LL <br><br> **ORDER SETTING BRIEFING SCHEDULE** |
| AMTAX HOLDINGS 2001-XX, LLC and VICTORIA HEIGHTS LTD., <br><br> Counter-Plaintiffs, <br><br> v. <br><br> JAE PROPERTIES, INC., <br><br> Counter-Claim Defendant. | |

/ / /

1

On April 7, 2020, the Court held a conference call regarding the parties' discovery dispute. Counsel for JAE Properties, Inc. (hereinafter "JAE"), Robert Berry and Carol Silberberg, and counsel for Amtax Holdings 2001-XX, LLC and Victoria Heights Ltd., (hereinafter "Amtax"), Craig Bessenger, Eric Pettit, and Jalle Dafa, participated in the conference. In regard to the dispute, the Court issues the following order:

1. Mr. Berry stated that he planned to provide an updated privilege log and legal authority in support of his client's position by the end of the day today, **April 7, 2020.**
2. Counsel for both parties also stated that they plan to continue meeting and conferring to informally resolve and/or narrow the dispute regarding documents withheld on the basis of attorney-client privilege in response to Amtax's First Set of Requests for Production.
3. The parties are **ORDERED** to continue meeting and conferring to informally resolve the dispute regarding Amtax's first set of Requests for Production.
4. If the parties are unable to resolve the dispute, Amtax must file the motion to compel on or before **12:00 p.m. PST** on **April 13, 2020.**
5. JAE shall file any opposition to the motion to compel on or before **12:00 p.m. PST April 16, 2020.**
6. Amtax shall file a reply on or before **12:00 p.m. PST** on **April 20, 2020**.
7. The parties' motion and opposition shall each be limited to **eight (8) pages** in length. The disputed Requests for Production and the responses (and any supplemental responses, privilege log, etc.) should be attached as an Exhibit to Plaintiff's briefing. Plaintiff's reply shall be limited to **four (4) pages**. Upon completion of the briefing, the Court will take the matter under submission pursuant to Civil Local Rule 7.1(d)(1) and no personal appearance will be required.

///

| | |
|---|---|
| 1 | All other deadlines and requirements remain as previously set. |
| 2 | See ECF Nos. 22, 34. |
| 3 | **IT IS SO ORDERED**. |
| 4 | Dated: April 7, 2020 |

Honorable Linda Lopez
United States Magistrate Judge