UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAE PROPERTIES, INC.,<br><br>         Plaintiff,<br><br>v.<br><br>AMTAX HOLDINGS 2001-XX, LLC,<br><br>         Defendant.<br><br>AMTAX HOLDINGS 2001-XX, LLC and VICTORIA HEIGHTS LTD.,<br><br>        Counter-Plaintiffs,<br><br>v.<br><br>JAE PROPERTIES, INC.,<br><br>       Counter-Claim Defendant. | Case No.: 19cv2075-JAH-LL<br><br>**ORDER SETTING TELEPHONIC ATTORNEYS-ONLY DISCOVERY HEARING** |

///

1

1  On July 8, 2020, the Court held an informal telephonic conference regarding the parties'
2  discovery dispute. Counsel for JAE Properties, Inc. (hereinafter "JAE"), Robert Berry and
3  Carol Silberberg, and counsel for Amtax Holdings 2001-XX, LLC and Victoria Heights
4  Ltd., (hereinafter "Amtax"), Craig Bessenger and Eric Pettit participated in the conference.
5  The Court hereby sets a follow-up telephonic attorneys-only discovery hearing with
6  Judge Lopez on **July 14, 2020** at **11:30 a.m.**  Counsel for both parties are **ORDERED** to
7  update the Court regarding a summary of your meet and confer efforts, the discovery issue
8  in dispute, and your respective position in support thereof. The Court will email counsel
9  for the parties the conference call-in number.

  **IT IS SO ORDERED**.

Dated:  July 13, 2020

_____
Honorable Linda Lopez
United States Magistrate Judge