UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAE PROPERTIES, INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>AMTAX HOLDINGS 2001-XX, LLC,<br><br>　　　　　　　　　　Defendant.<br>_____<br>AMTAX HOLDINGS 2001-XX, LLC and VICTORIA HEIGHTS LTD.,<br><br>　　　　　　　　　　Counter-Plaintiffs,<br><br>v.<br><br>JAE PROPERTIES, INC.,<br><br>　　　　　　　Counter-Claim Defendant. | Case No.: 19cv2075-JAH-LL<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

/ / /

1

On July 14, 2020, the Court held a telephonic discovery hearing regarding the parties' discovery dispute. [ECF No. 60]. Counsel for JAE Properties, Inc. (hereinafter "JAE"), Robert Berry and Carol Silberberg, and counsel for Amtax Holdings 2001-XX, LLC and Victoria Heights Ltd., (hereinafter "Amtax"), Craig Bessenger and Eric Pettit participated in the conference. In regard to the dispute, the Court issues the following order:

1. Counsel for both parties are ordered to continue meeting and conferring to informally resolve the dispute regarding Mr. Roger Hartman's deposition testimony.
2. If the parties are unable to resolve the dispute, Amtax must file the motion to compel on or before **12:00 p.m. PST** on **July 20, 2020**.
3. JAE shall file any opposition to the motion to compel on or before **12:00 p.m. PST** on **July 24, 2020.**[1]
4. Amtax shall file a reply on or before **12:00 p.m. PST** on **July 27, 2020**.

///
///
///
///
///
///
///
///
///

---

[1] The deadline for JAE to have filed a motion for reconsideration of the Court's May 7, 2020 Order [ECF No. 51] has passed. See Civil Local Rule 7.1("[M]otion or application for reconsideration must be filed within twenty-eight (28) days after entry of the ruling, order or judgment sought to be reconsidered"). Accordingly, the Court will not consider any arguments made by JAE in connection with reconsideration of the May 7, 2020 Order.

5. The parties' motion and opposition shall each be limited to **eight (8) pages** in length. The disputed question(s) from Mr. Hartman's deposition shall be attached as an Exhibit to Amtax's briefing. Amtax's reply shall be limited to **four (4) pages**. Upon completion of the briefing, the Court will take the matter under submission pursuant to Civil Local Rule 7.1(d)(1) and no personal appearance will be required.

**IT IS SO ORDERED**.

Dated:  July 14, 2020

_____
Honorable Linda Lopez
United States Magistrate Judge