1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| JAE PROPERTIES, INC., | Case No. 19cv2075-JAH-LL |
| Plaintiff, | **ORDER VACATING HEARING** |
| v. | |
| AMTAX HOLDINGS 2001-XX, LLC, | |
| Defendant. | |
| | |
| AMTAX HOLDINGS 2001-XX, LLC and VICTORIA HEIGHTS LTD., | |
| Counter-Plaintiffs, | |
| v. | |
| JAE PROPERTIES, INC., | |
| Counter-Claim Defendant. | |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Pending before the Court is the Parties' cross-motions for summary judgment. *See*

2    Doc. Nos. 80, 83. The Court deems the motions suitable for adjudication without oral

3    argument. *See* CivLR 7.1 (d.1). Accordingly, IT IS HEREBY ORDERED the motions

4    are taken under submission without oral argument and the hearing set for November 4,

5    2020, at 10:30 a.m. is **VACATED**.  The Court will issue an order in due course.

6    **IT IS SO ORDERED.**

7    DATED:  October 29, 2020

8

9    _____

10   JOHN A. HOUSTON

     UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28