UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAE PROPERTIES, INC.,<br><br>                      Plaintiff,<br>v.<br>AMTAX HOLDINGS 2001-XX, LLC,<br><br>                      Defendant.<br><br>AMTAX HOLDINGS 2001-XX, LLC and VICTORIA HEIGHTS LTD.,<br><br>                      Counter-Plaintiffs,<br>v.<br>JAE PROPERTIES, INC.,<br><br>                      Counter-Claim Defendant. | Case No. 19cv2075-JAH-LL<br><br>**ORDER GRANTING MOTION TO FILE UNDER SEAL (Doc. No. 95)** |

1    Having considered the Motion of Defendant and Counter-Plaintiff AMTAX
2 Holdings 2001-XX, LLC ("AMTAX") to seal certain portions of AMTAX's Reply in
3 Support of Motion for Summary Judgment, the supporting Supplemental Declaration of
4 Craig H. Bessenger and accompanying Exhibit, and Objections and Responses to
5 Objections to Evidence (the "Motion, Declaration and Exhibit, and Objections"), the
6 Motion is **GRANTED**. IT IS HEREBY ORDERED that the unredacted Motion,
7 Declaration and Exhibit, and Objections be filed under seal.
8    **IT IS SO ORDERED.**
9 DATED: November 23, 2020

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

- 1 -  Case No. 19cv2075-JAH-LL

[PROPOSED] ORDER GRANTING MOTION TO FILE UNDER SEAL