UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAE PROPERTIES, INC.,<br><br>                                    Plaintiff,<br><br>v.<br><br>AMTAX HOLDINGS 2001-XX, LLC,<br><br>                                    Defendant<br>_____<br><br>AND RELATED COUNTERCLAIMS. | Case No.: 19cv2075-JAH-LL<br><br>**ORDER VACATING MANDATORY SETTLEMENT CONFERENCE CURRENTLY SET FOR DECEMBER 9, 2020** |

In light of the pending Motion for Summary Judgment [ECF No. 80], the Court finds it appropriate to **VACATE** the December 9, 2020 Mandatory Settlement Conference ("MSC") before the undersigned magistrate judge. See ECF No. 22. All other requirements and deadlines set forth in this Court's December 17, 2019 Scheduling Order shall remain in effect. Id.

/ / /

/ / /

/ / /

/ / /

1    The parties are **ORDERED** to contact the chambers of the undersigned magistrate
2 judge within **three days** of receiving an order on the pending Motion for Summary
3 Judgment in order to reset the MSC.
4    **IT IS SO ORDERED**.
5 Dated: December 2, 2020

Honorable Linda Lopez
United States Magistrate Judge