UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAE PROPERTIES, INC.,<br><br>                          Plaintiff,<br><br>v.<br><br>AMTAX HOLDINGS 2001-XX, LLC,<br><br>                        Defendant. | Case No.:  19cv2075-JAH (LL)<br><br>**ORDER VACATING PRETRIAL CONFERENCE** |
| AMTAX HOLDINGS 2001-XX, LLC and VICTORIA HEIGHTS LTD.,<br><br>                  Counter-Plaintiffs,<br><br>v.<br><br>JAE PROPERTIES, INC.,<br><br>          Counter-Claim Defendant. | |

Pending before the Court are the Parties' cross-motions for summary judgement. *See* Doc. Nos. 80, 83.  Upon review of Parties' submissions in support of their motions, the Court finds it appropriate to vacate the pretrial conference set for January 11, 2021, to be rescheduled after the Court issues its ruling on the pending motions for summary judgment.

//

//

//

1    Accordingly, IT IS HEREBY ORDERED the pretrial conference set for January

2  11, 2021 and related dates are VACATED to be rescheduled at a later date, if necessary.

3    **IT IS SO ORDERED.**

4

5  DATED:    December 11, 2020

6

7    _____

8    JOHN A. HOUSTON

9    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

19cv2075-JAH (LL)